USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION,

Plaintiffs,

-against-

ACORN CONTRACTING CORP.,

Defendant.

18 CV 6087 (PGG)

**DEFAULT JUDGMENT**

---

This action having been commenced on July 5, 2018, and a copy of the Summons and Complaint having been served on Defendant Acorn Contracting Corp. ("Acorn Contracting") on July 9, 2018, by serving Sue Zouky, an authorized person in the Corporation Division of the Department of State, and Acorn Contracting not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on October 9, 2018; it is hereby ordered and adjudged that a default judgment be entered against Acorn Contracting and that the Court enter an Order:

1. Declaring that Acorn Contracting is the alter ego of Acorn Furnishing Corp. ("Acorn Furnishing") and that Acorn Contracting is therefore liable to the Plaintiffs for the $54,118.77 judgment entered against Acorn Furnishing in the action styled *Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Acorn Furnishing Corp.*, Dkt. No. 12-cv-7441 (PGG) (S.D.N.Y.);

2. Directing Acorn Contracting to submit to an audit and provide its books and records to Plaintiffs within thirty days of the entry of the Order for the purposes of determining the amount of Acorn Contracting's delinquent benefit contributions;

3. Awarding Plaintiffs $6,391.50 in attorneys' fees and $473.03 in costs incurred in bringing this action; and

4. Awarding Plaintiffs post-judgment interest at the statutory rate.

_____
Paul G. Gardephe
United States District Judge        Nov. 19, 2018

This document was entered on the docket on
_____